ADELE FIEDLER, Appellant, *v.* GEORGE FIEDLER, Respondent.

(Argued June 5, 1934; decided July 3, 1934.)

*Milton M. Eisenberg* and *Ralph Weller* for appellant. *Allan R. Campbell* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN and HUBBS. JJ. CRANE, CROUCH and LOUGHRAN, JJ., dissent and vote to modify the judgment of the Appellate Division by reversing so much thereof as grants the defendant husband judgment for a separation upon his counterclaim.